IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER R. LOPEZ,

      Plaintiff,

vs.                                                    Case No. 1:20-cv-1120-JAP-SMV

WAL-MART ASSOCIATES, INC.,

      Defendant.

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff Jennifer R. Lopez, and Defendant, Wal-Mart Associates, Inc., and hereby move the Court for an Order dismissing the above-captioned proceeding with prejudice, with each party to bear her or its own attorneys' fees and costs. As grounds for this Motion, the parties state that they have resolved this dispute to their satisfaction.

WHEREFORE, the parties respectfully request that the Court enter an Order dismissing the above-captioned proceeding with prejudice, with each party to bear her or its own attorneys' fees and costs, and granting such other relief as is just in the premises.

THE JOECKEL LAW OFFICE

By  */s/ David B. Joeckel, Jr.*
    David B. Joeckel, Jr.
    500 Marquette Avenue - Suite 1200
    Albuquerque, NM  87102
    Telephone:  (505) 503-4800

    219 South Main Street - Suite 301
    Fort Worth, TX  76104
    Telephone:  (817) 924-8600
    Facsimile:  (817) 924-8603
    E-mail:   dbj@joeckellaw.com

*Attorneys for Plaintiff*


LITTLER MENDELSON, P.C.

By */s/ Charlotte Lamont (w/permission)*
    Charlotte Lamont
    201 Third Street, NW, Suite 500
    Albuquerque, NM 87102
    Telephone:  505.944.9682
    Facsimile:   505.213.0415
    Email:   clamont@littler.com

    Nathaniel Higgins
    1301 McKinney Street, Suite 1900
    Houston, Texas 77010-3031
    Telephone:  713.652.4738
    Facsimile:   713.951.9212
    Email:   nhiggins@littler.com

*Attorneys for Defendant*