IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENNIFER R. LOPEZ,

    Plaintiff,

vs.                                    Case No. 1:20-CV-01120-JAP-SMV

WAL-MART ASSOCIATES, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

On July 30, 2021, the parties filed a JOINT MOTION TO DISMISS WITH PREJUDICE, Doc. 20, in which they state that they have resolved their dispute to their satisfaction. They ask the Court to issue an order of dismissal, dismissing this case with prejudice with each party to bear its own attorneys' fees and costs.

IT IS THEREFORE ORDERED THAT:

1. PLAINTIFF'S ORIGINAL COMPLAINT, Doc. 1, is dismissed with prejudice.

2. The parties must bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
SENIOR UNITED STATES DISTRICT JUDGE